facie evidence that the payment then made covered all previous transactions between the parties. The plaintiff swore that it did not cover the goods the value of which is sued for here, and the defendant swore it did. The justice had the witnesses before him, and was in a better position than we can be to decide which was most reliable. By an apparent error of calculation, judgment was rendered for $1.50 too much. It should be modified by deducting that sum, and, as modified, affirmed, without costs. Judgment modified, and, as modified, affirmed, without costs.

KATHAN, Appellant, v. ALDRICH, Respondent. (Supreme Court, Appellate Division, Third Department. September 4, 1901.) Action by Truman Kathan against William H. Aldrich. No opinion. Judgment and order modified by deducting the sum of $276.01 from the damages, and reducing the additional allowance to $25, and, as thus modified, judgment and order affirmed, with costs of the appeal to the appellant.

KEEBLE, Respondent, v. FOWLER, Appellant. (City Court of New York, General Term. June, 1901.) Action by Frank H. Keeble against Anderson Fowler. Welser & Bridges, for appellant. Howe & Hummel, for respondent. No opinion. Judgment appealed from affirmed, with costs.

KEEGAN v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. October 1, 1901.) Action by John Keegan against the New York Central & Hudson River Railroad Company. No opinion. Motion to dismiss appeal granted, with $10 costs.

KELLAS et al., Respondents, v. McLAUGHLIN et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 18, 1901.) Action by John P. Kellas and Mary Munsill, as executrix, etc., of Newcomb H. Munsill, deceased, against Sarah McLaughlin, William McLaughlin, and others.

PER CURIAM. On payment of $10 costs of this motion, the appellants may serve notice of settlement of case within 5 days from service of copy of this order, or within 20 days from service of copy of this order may serve printed case on appeal; otherwise, motion granted, with $10 costs.

KENE v. HILL et al. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Suit by Emma C. Kene, as executrix, etc., of Cornelius E. Kene, deceased, against Rosalie Hill and others. From an order appointing a receiver in supplementary proceedings, certain defendants, as trustees, appeal. Reversed. William L. Snyder, for appellants. William P. Burr, for respondent.

PER CURIAM. Without passing on the merits, we reverse this order, and grant the motion to vacate the order of June 20, 1901, without costs, and without prejudice to the renewal of the motion for the appointment of a receiver, to be made before the judge as authorized by section 2464 of the Code of Civil Procedure. The order of June 20th appointing the receiver in supplementary proceedings was granted by the supreme court, and the injunction contained in it is broad enough to include the appellants as grantees in the deed of trust, and to justify their action in the premises.

KENNEDY, Respondent, v. FLEISCHMANN VIENNA MODEL BAKERY, Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by Joseph Kennedy against the Fleischmann Vienna Model Bakery. Lee & Fleischmann, for appellant. A. Morris, for respondent. No opinion. Judgment affirmed, with costs.

KENNEY, Appellant, v. BOARD OF SUP'RS OF NIAGARA COUNTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 1, 1901.) In the matter of the application of John T. Kenney for a peremptory writ of mandamus against the board of supervisors of Niagara county. No opinion. Order affirmed, with $10 costs and disbursements.

RUMSEY, J., not sitting.

KENNY v. CREGAN (two cases). (Supreme Court, Appellate Division, First Department. October 18, 1901.) Actions by John P. Kenny against Alfred B. Cregan. No opinion. Motion granted, with $10 costs.

KEOUGH v. ALBANY & T. STEAMBOAT CO., Limited. (Supreme Court, Appellate Division, Third Department. September 4, 1901.) Action by Susan Keough, as administratrix, etc., against the Albany & Troy Steamboat Company, Limited. No opinion. Motion denied.

KERIGAN, Respondent, v. BROOKLYN UNION EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 4, 1901.) Action by William J. Kerigan against the Brooklyn Union Elevated Railroad Company and the Brooklyn Heights Railroad Company. No opinion. Judgment affirmed, with costs.

KESSLER et al., Appellants, v. SHAUGHNESSY, Respondent. (Supreme Court, Appellate Division, Second Department. October 23, 1901.) Action by Julius Kessler & Co. against Edward J. Shaughnessy. No opinion. Motion granted upon payment of costs, to be taxed.

KIRKMAN, Appellant, v. CARLSTADT CHEMICAL CO., Respondent. (Supreme Court, Appellate Term. June, 1901.) Action